MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KEVIN J. LIN (NYBN 5048053)
Special Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680
Fax: (510) 637-3724
E-Mail: kevin.lin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 13-00166 YGR |
| ) | |
|     Plaintiff, ) | STIPULATION AND ORDER |
| ) | VACATING STATUS CONFERENCE |
| ) | SET FOR MAY 9, 2013 AND SETTING |
| v. ) | CHANGE OF PLEA DATE FOR JUNE 6, |
| ) | 2013 AND EXCLUDING TIME FROM |
| BLANCA AVELES-FERMIN, ) | MAY 9, 2013 TO JUNE 6, 2013 |
| ) | |
|     Defendant. ) | |
| ) | |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status conference date in the above-referenced case, currently set for Thursday, May 9, 2013, at 2:00 p.m., may be vacated, and requesting a change of plea date set for Thursday, June 6, 2013 at 2:00. The reason for the request is that the parties expect the case to resolve with a guilty plea and were informed by the courtroom clerk that the May 9 calendar is full for changes of plea. This is the first continuance the parties have requested. The parties further agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from May 9, 2013 to June 6, 2013.

ORDER EXCLUDING TIME
No. CR 13-00166 YGR

Failure to grant the requested continuance would unreasonably deny defendant's counsel time for effective preparation, given counsel's need to review an immigration hearing tape provided on April 30, 2013.

//

//

//

DATED: 5/2/2013                    _____/s/_____
                                   JOYCE LEAVITT
                                   Counsel for Blanca Aveles-Fermin


DATED: 5/2/2013                    _____/s/_____
                                   KEVIN LIN
                                   Special Assistant United States Attorney


# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference date in the above-referenced case, currently set for Thursday, May 9, 2013, at 2:00 p.m., is vacated. The case is now set for change of plea on Thursday, June 6, 2013, at 2:00 p.m. In addition, the Court finds that the ends of justice served by excluding the period from May 9, 2013 to June 6, 2013, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

DATED: May 3, 2013                 _____
                                   HONORABLE YVONNE GONZALEZ ROGERS
                                   United States District Judge

ORDER EXCLUDING TIME
No. CR 13-00166 YGR